**DISMISS; Opinion Filed March 20, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01535-CV

**REHEMA OLUFEMI-JONES, Appellant**
**V.**
**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05263-B**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Evans

Appellant's brief in this case is overdue. By postcard dated May 15, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/ David Evans/
DAVID EVANS
121535F.P05                                                JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REHEMA OLUFEMI-JONES, Appellant

No. 05-12-01535-CV      V.

BANK OF AMERICA, N.A., Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-12-05263-B.
Opinion delivered by Justice Evans.
Justices FitzGerald and Fillmore
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee BANK OF AMERICA, N.A. recover its costs of this appeal from appellant REHEMA OLUFEMI-JONES.

Judgment entered this 20th day of March, 2014.

/David Evans/

DAVID EVANS
JUSTICE